IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                                  No. 06-10213-JTM

CHESTER J. GOUDEAU,
Defendant-Appellant.

MEMORANDUM AND ORDER

In accordance with the order of remand and judgment of the Tenth Circuit in this case filed August 11, 2009, this case is hereby dismissed for lack of jurisdiction.

IT IS SO ORDERED this 15th day of September, 2009.

                                            s/ J. Thomas Marten
                                            J. THOMAS MARTEN, JUDGE